(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
EUGENE CORDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **CR 14-437 CRB** |
| Plaintiff, | |
| v. | **STIPULATION TO ALLOW TRAVEL AND [PROPOSED] O R D E R** |
| EUGENE CORDA, | |
| Defendant. | |

Currently, Defendant, EUGENE CORDA's, conditions of pretrial release restrict his travel outside of the Northern District of California. Mr. Corda is requesting that the court allow him to travel outside of the Northern District of California on a trip to Doyle, California, in Lassen County. Defendant plans to leave for the trip on October 27, 2015 and will return on November 2, 2015. Doyle is located off of 395, and the Defendant would need to drive through Reno, NV, in order to reach the destination.

Counsel has communicated with Assistant United States Attorney Harley West who has no objection to allowing the Defendant to travel outside of the Northern District of California.

Counsel also communicated with Mr. Corda's Pre-Trial Services Officer, Kenneth Gibson, who has no objection to allowing the Defendant to travel outside of the Northern

District of California with the agreement that Defendant provides Mr. Gibson with his complete itinerary prior to departure.

**IT IS SO STIPULATED.**

Dated: October 7, 2015.        Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
EUGENE CORDA

Dated: October 7, 2015.        UNITED STATES ATTORNEY'S OFFICE

/s/ Hartley West

HARTLEY WEST
Assistant U.S. Attorney

## ORDER

Good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant, EUGENE CORDA, be allowed to travel outside of the Northern District of California between the dates of October 27, 2015 and November 2, 2015. It is further ordered that Defendant provide Pretrial Services with his complete itinerary prior to his departure.

DATED: __October 8__, 2015.

APPROVED
Judge Laurel Beeler

~~SENIOR DISTRICT JUDGE~~ US MAGISTRATE JUDGE
~~CHARLES R. BREYER~~ LAUREL BEELER

2
STIPULATION TO ALLOW TRAVEL and
[~~PROPOSED~~] ORDER THEREON